IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT WHITE AND § | | |
| SHENEIA RAY, § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | Civil Action No. 3:23-cv-00248 | |
| § | | |
| CONSTITUTION STATE SERVICES LLC, § | | |
| *Defendants.* § | | |

## DEFENDANT CONSTITUTION STATE SERVICES LLC'S
## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441(b), and 1446, as well as Rule 81.1 of the Local Civil Rules ("Local Rule 81.1") of the United States District Court for the Northern District of Texas, Defendant Constitution State Services LLC ("Defendant" or "CSS") files this Notice of Removal.

### FACTUAL AND PROCEDURAL BACKGROUND

1. On December 23, 2022, Plaintiffs Robert White and Sheneia Ray filed Plaintiffs' Original Petition ("Plaintiffs' Petition") against Defendant in a civil action styled *Robert White and Sheneia Ray v. Constitution State Services LLC*; Cause No. CC-22-07289-A; In the County Court at Law No. 1, Dallas County, Texas. [*See generally* Pl. Org. Pet.].

2. Plaintiffs' Petition alleges Plaintiffs are residents of the State of Texas [*See* Pl. Orig. Pet. at ¶ III].

3. Plaintiffs' Petition alleges that CSS is "an insurance company authorized to

do business in the State of Texas," that may be served by service on its Texas agent. [*See id.*].

4.  Defendant CSS is a single-member limited liability company organized under the laws of Delaware. The single member is a corporation incorporated in the state of Connecticut with its principal place of business in Connecticut. Thus, CSS is a citizen of Connecticut.

5.  The amount in controversy exceeds $75,000. Plaintiffs plead damages between $250,000 and $1,000,000. [*See id.* at ¶ II].

## BASIS FOR REMOVAL

6.  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is an action between citizens of different states or countries wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

**A.    Complete Diversity of Citizenship**

7.  Plaintiffs are residents of Dallas County, Texas. [*See id.* at ¶ III].

8.  Defendant CSS is a single-member limited liability company organized under the laws of Delaware. The single member is a corporation incorporated in the state of Connecticut with its principal place of business in Connecticut. Thus, CSS is a citizen of Connecticut.

9.  Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists between Plaintiffs and Defendant.

B.   **Amount in Controversy Requirement Satisfied**

10.   The amount in controversy exceeds $75,000. [*See id.* at ¶ II].

C.   **Notice of Removal Timely Filed**

11.   The start of the 30-day period to remove this lawsuit under 28 U.S.C. §1446(b)(3) was triggered by service of the Plaintiffs' Petition on Defendant on January 4, 2023. Accordingly, the deadline for removal is February 3, 2023. This Notice of Removal is being filed in advance of such deadline.

## CONCLUSION

12.   Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and Local Rule 81.1, removal of the State Court Action is proper. Venue is proper for removal to this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the State Court Action is pending.

13.   In accordance with 28 U.S.C. § 1446(a) and Local Rule 81.1, copies of all process, pleadings and orders filed in the State Court Action as of this date, and a copy of the state court's docket sheet, are contained in the Index of Documents, which is attached hereto as Exhibit "A" and filed contemporaneously with this Notice of Removal.

14.   Promptly after the filing of this Notice of Removal, Defendant shall give written notice of the removal to Plaintiffs through their attorney of record and to the clerk of the state court as required by 28 U.S.C. § 1446(d).

15.   Defendant reserves all defenses to the claims alleged by Plaintiffs.

WHEREFORE, Defendant requests that this action now pending against it in the County Court at Law No. 1, Dallas County, Texas be removed to the United States District

Court for the Northern District of Texas, Dallas Division, as this action is properly removable thereto. Defendant further requests that this Court grant it any such other and further relief that it may be justly entitled to.

    Respectfully submitted,

_____
Bryan D. Pollard
State Bar No. 00795592
bryan.pollard@fisherbroyles.com
Telephone: (214) 984-7153
Katie M. Ackels
State Bar No. 24078948
katie.ackels@fisherbroyles.com
Telephone: (469) 372-6484
FISHERBROYLES, LLP
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Facsimile: (214) 279-7192

ATTORNEYS FOR DEFENDANT
CONSTITUTION STATE SERVICES LLC

## CERTIFICATE OF SERVICE

On February 3, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

Bryan D. Pollard